UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                    ) Case No. 04-69915-fra13
  MARIO L GARCIA                         )
                                         ) FINAL ACCOUNT AND
                                         ) REPORT OF TRUSTEE
Debtor(s).                               )

     The undersigned trustee of this estate certifies the original case
ledger of receipts and distributions is attached hereto, and makes a
final account and report as follows:

1. Payments under the plan have not been completed.

                           RECEIPTS

2.  TOTAL RECEIPTS                                    $      2,115.00

                         DISTRIBUTIONS

3. Trustee's Commission
   (Excluding expenses)                   $           41.13
4. Fee for Attorney for Trustee
   (Excluding expenses)                   $             .00
5. Debtor Attorney Fee                    $             .00
6. Secured Creditors                      $         1,092.75
7. Priority Creditors                     $             .00
8. Unsecured Creditors                    $             .00
9. Equity Security Distributions          $             .00
10.Other payments including refunds to
   debtor, AND ALL EXPENSES (e.g., court
   costs; trustee; all attorneys)         $           981.12

11.TOTAL DISTRIBUTIONS (i.e., total of pts 3-10)     $      2,115.00

12.A check for the final payment of court costs in the amount of
   $          .00  is attached (if funds available and a balance due)
   along with a copy of any final billing sent by the court.

13.On 09/27/2005 copies were served to the U.S. Trustee;
   debtor(s); any debtor's attorney; and, if case converted, any
   successor trustee.

Remarks: Dismissed after confirmation: September 19, 2005

    DATED: 09/27/2005                  /s/ Fred Long
                                       Trustee
RODOLFO A. CAMACHO (900872)
1375(11/10/03)

DATE: Tue Sep 27, 2005   CASE: 04-69915-   -   NAME: MARIO L GARCIA

| Date | Code | T | Credit | Clai | Receipt | Payment | Balance | Creditor Name / Code Descripti | Check # | O | V | T# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | COMPUTED BALANCE FORWARD | | | | |
| Mon Jan 24, 2005 | MO | | 000000 | 0000 | 235.00 | | 235.00 | MONEY ORDER | | | | A1 |
| Thu Feb 24, 2005 | MO | | 000000 | 0000 | 235.00 | | 470.00 | MONEY ORDER | | | | A2 |
| Wed Mar 23, 2005 | MO | | 000000 | 0000 | 235.00 | | 705.00 | MONEY ORDER | | | | A2 |
| Mon Apr 25, 2005 | MO | | 000000 | 0000 | 235.00 | | 940.00 | MONEY ORDER | | | | A1 |
| Wed May 11, 2005 | TFSC | | 003206 | 0000 | | 65.80 | 874.20 | FRED LONG TRUSTEE | 0284520 | | * | 99 |
| Wed May 11, 2005 | CPSC | C | 001723 | 0002 | | 836.25 | 37.95 | RELIABLE CREDIT ASSOCIATION | 0285029 | | * | 99 |
| Wed May 11, 2005 | CISC | C | 001723 | 0002 | | 37.95 | | RELIABLE CREDIT ASSOCIATION | 0285029 | | * | 99 |
| Mon May 23, 2005 | MO | | 000000 | 0000 | 235.00 | | 235.00 | MONEY ORDER | | | | A2 |
| Thu Jun 02, 2005 | TFSC | | 003206 | 0000 | | 16.45 | 218.55 | FRED LONG TRUSTEE | 0286069 | | * | 99 |
| Thu Jun 02, 2005 | CPSC | C | 001723 | 0002 | | 200.52 | 18.03 | RELIABLE CREDIT ASSOCIATION | 0286443 | | * | 99 |
| Thu Jun 02, 2005 | CISC | C | 001723 | 0002 | | 18.03 | | RELIABLE CREDIT ASSOCIATION | 0286443 | | * | 99 |
| Tue Sep 20, 2005 | MO | | 000000 | 0000 | 500.00 | | 500.00 | MONEY ORDER | | | | A2 |
| Tue Sep 20, 2005 | MO | | 000000 | 0000 | 440.00 | | 940.00 | MONEY ORDER | | | | A2 |
| Tue Sep 27, 2005 | DRCC | | 000000 | 0000 | | 940.00 | | | 0292279 | * | | 97 |

[09/27/2005 07:14AM] P a g e   1   o f   1